**Order Entered October 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01179-CV

### IN RE LEE JEROME LEWIS, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-5207-X**

## ORDER

Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.


/s/ CRAIG STODDART
JUSTICE